UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO ZAMORA-OCHOA, and<br>JOSE PRECIADO-FLORES<br><br>Defendants. | 03:11-cr-81-HDM-RAM<br><br>ORDER GRANTING <u>STIPULATION TO EXTEND AND/OR CONTINUE PRETRIAL MOTION DATES; TRIAL DATE UNCHANGED</u><br><br>(Fourth Request, Second Request following Superseding Indictment, C.R. 59 – trial date remains unchanged) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bodgen, United States Attorney, and Megan Rachow, Assistant United States Attorneys, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and Michael Kennedy, Chief Assistant Federal Public Defender, counsel for Pedro Zamora-Ochoa (hereinafter "Mr. Zamora-Ochoa"), and Cheryl Field-Lang, counsel for Jose Preciado-Flores (hereinafter "Mr. Preciado-Flores"), that the pretrial motions schedule following the return of the superseding indictment (C.R. 59) should be amended as follows: a) pretrial motions (new or renewed) and notices of defenses due on or before **March 9, 2012** – previously, motions and notices of defenses were due on or before March 2, 2012; b) responses due on or before **March 30, 2012** – previously, responses were due on before March 23, 2012; and c) replies due on or before **April 6, 2012** – previously, replies were due on or before March 30, 2012.

1

The trial currently set for **May 15, 2012 at 9:00 a.m**, and the calendar call presently scheduled for **April 26, 2012 at 9:30 a.m.**, remain unchanged by this proposed stipulation. The Speedy Trial Act is not effected by this proposed stipulation pertaining solely to motions dates rather than trial dates.

DATED: March 2, 2012.

*/s/ Michael Kennedy*
Michael J. Kennedy
Chief Assistant Federal Public Defender
Attorney for Pedro Zamora-Ochoa

*/s/ Megan Rachow*
Megan Rachow
Assistant United States Attorney

*/s/ Cheryl A. Field-Lang*
Cheryl A. Field-Lang
Attorney for Jose Preciado-Flores

**ORDER**

IT IS ORDERED that pretrial motions (new or renewed) and required pre-trial notices shall be filed on or before by **March 9, 2012**; that responses shall be filed on or before **March 30, 2012**; and replies shall be filed on or before **April 6, 2012**. The trial scheduled for **May 15, 2012 at 9:00 a.m.**, and the calender call scheduled for **April 26, 2012 at 9:30 a.m**. remain unchanged by this order.

DATED this 7th day of March ____, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE
HOWARD D. McKIBBEN